## 35236. CENTRAL OF GEORGIA RAILROAD COMPANY v. NASH.

ORDER OF COURT.

Upon consideration of the motion for reconsideration filed in this case, it is ordered that the writ be dismissed as improvidently granted.

*All the Justices concur, except Jordan, J., who dissents.*

ORDERED OCTOBER 17, 1979.